# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUNELL GAMBLE,**<br><br>　　　　Plaintiff**,**<br><br>　　vs.<br><br>**KAISER FOUNDATION HEALTH PLAN, INC., ET AL.,**<br><br>　　　　Defendants**.** | CASE NO. 17-cv-06621-YGR<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; DENYING AS MOOT MOTIONS TO DISMISS AND MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 19, 20, 34 |

In light of defendants Kaiser Foundation Health Plan, et al.'s ("Kaiser Defendants") Statement of Non-Opposition for Leave to File Second Amended Complaint (Dkt. No. 36), the Court **ORDERS** as follows:

(1) Plaintiff's Motion for Leave to file Second Amended Complaint is **GRANTED**. Plaintiff shall file the proposed Second Amended Complaint no later than **May 2, 2018**.

(2) Kaiser Defendants' Motions to Dismiss (Dkt. No. 19) and to Strike Allegations in the First Amended Complaint (Dkt. No. 20) are **DENIED AS MOOT**.

This terminates Docket Nos. 19, 20, and 34.

**IT IS SO ORDERED.**

Dated: April 30, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**