HEATHER A. MORGAN (SB# 177425)
AMANDA BOLLIGER CRESPO (SB# 250292)
TARA M. DUESTER (SB# 265622)
heathermorgan@gbgllp.com
amandacrespo@gbgllp.com
taraduester@gbgllp.com
GBG LLP
633 West 5th Street, Suite 3330
Los Angeles, CA  90071
Telephone:  (213) 358-2810
Facsimile:  (213) 995-6382

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.;
KAISER FOUNDATION HOSPITALS; and
THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNELL GAMBLE, and SHEILA KENNEDY, on behalf of themselves as well as a class of similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP; all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM,<br><br>　　　　　Defendants. | Case No. 17-cv-06621-YGR<br><br>**DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; AND THE PERMANENTE MEDICAL GROUP, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE FOR LATE SUBMISSION OF PROPOSED ORDER ON RULE 16 MOTION**<br><br>Judge　　Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

 Defendants KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; and THE PERMANENTE MEDICAL GROUP, INC. ("Defendants") hereby respond to Plaintiffs LUNELL GAMBLE and SHEILA KENNEDY's ("Plaintiffs") Motion for Leave for Late Submission of Proposed Order on Rule 16 Motion (Dkt. 114).

 It is not clear to Defendants from the Court's Order Granting Unopposed Motion For One Day Extension Of Time On Briefing Of Rule 16 Motion ("Rule 16 Motion") (Dkt. 112) whether the Court was ordering Plaintiffs to file a Proposed Order in Support of Plaintiffs' Rule 16 Motion For An Order Addressing Settlement Posture and Potential Conflict of Interests (Dkt. 110). If that was the intent of the Order, then Defendants do not oppose Plaintiffs' filing of the [Proposed] Order on Plaintiffs' Rule 16 Motion for an Order Addressing Settlement Posture and Potential Conflict of Interests (Dkt. 114-1).

 However, Plaintiffs' Proposed Stipulation included characterizations (including of procedural history precipitating Plaintiffs' filing of the Rule 16 Motion and of Defendants themselves) that, in Defendants' view, went beyond the mere filing of a Proposed Order. For that reason, Defendants declined to so stipulate.

DATED: May 28, 2019        GBG LLP

                 BY: /s/ Amanda Bolliger
                    AMANDA BOLLIGER

                Attorneys for Defendants
                KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; and THE PERMANENTE MEDICAL GROUP, INC.