1 | HEATHER A. MORGAN (SB# 177425)
2 | AMANDA BOLLIGER CRESPO (SB# 250292)
    TARA M. DUESTER (SB# 265622)
3 | heathermorgan@gbgllp.com
    amandacrespo@gbgllp.com
4 | taraduester@gbgllp.com
    GBG LLP
5 | 633 West 5th Street, Suite 3330
    Los Angeles, CA  90071
6 | Telephone:  (213) 358-2810
    Facsimile:  (213) 995-6382

7 | Attorneys for Defendants
    KAISER FOUNDATION HEALTH PLAN, INC.;
8 | KAISER FOUNDATION HOSPITALS; and
    THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNELL GAMBLE, and SHEILA KENNEDY, on behalf of themselves as well as a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP; all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM,<br><br>Defendants. | Case No. 17-cv-06621-YGR<br><br>**DECLARATION OF DEREK S. SUMIMOTO IN SUPPORT OF DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; AND THE PERMANENTE MEDICAL GROUP, INC.'S RESPONSE TO PLAINTIFFS' DISCOVERY CONFERENCE STATEMENT**<br><br>Date:     June 27, 2019<br>Time:    10:00 a.m.<br>Judge:   Hon. Thomas S. Hixson<br>Courtroom: A |

I, Derek S. Sumimoto, declare:

1. I am a California resident and over the age of eighteen. I have personal knowledge of the following facts and, if called upon to do so, I could and would testify competently thereto.

2. I make this Declaration in support of Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc.'s (collectively, "Defendants") Response To Plaintiffs' Discovery Conference Statement.

3. I am currently employed by Defendant Kaiser Foundation Health Plan, Inc. ("KFHP") as a Director of Human Resources Compliance. I have been in this role since February 2019. Prior to my current role, I was employed by KFHP as a Senior Manager of Human Resources Compliance beginning in February 2017. Prior to my role as a Senior Manager of Human Resources Compliance, I was employed by KFHP as a Human Resources Compliance Manager (Affirmative Action Programs). My responsibilities in both my current and former roles include and have included, among other things, facilitating Defendants' compliance with affirmative action-related regulatory requirements under federal law. I have had such compliance-related responsibilities for a number of years, including throughout the time period 2011 to present.

4. In my current and former roles at KFHP, I periodically have been required to review information contained in Defendants' employment history personnel databases, including databases that record events at or about the time they occur and that is maintained by or on behalf of Defendants, collectively, in the regular course of their business, in an Oracle PeopleSoft software environment. I am familiar with and generally knowledgeable about the format, structure and meaning of this PeopleSoft personnel data. I have reviewed PeopleSoft data that I regularly receive on a quarterly basis in preparation of the statements in my declaration below, including a quarterly report of data that I received on or about April 3, 2019. Except as otherwise noted, my statements in the following paragraphs of this declaration are based on what is recorded in the PeopleSoft data as of on or about April 3, 2019.

5. *Northern California Region Employees*: As of early April 2019, Defendants, collectively, employed approximately 79,220 individuals in the Northern California Region. Of

1  these approximately 79,220 employees, approximately 15,244 were in non-union positions and
2  63,976 were in union positions. On June 13, 2019, I sent an email request to Hilary Reeve, a
3  Business Analyst-Specialist who is employed by KFHP and has access to current and historical
4  PeopleSoft personnel data. In my email, I requested that Ms. Reeve provide me with a count of
5  all persons who, according to the PeopleSoft personnel data, at any time since July 11, 2011, ever
6  were employed by TPMG, KFH or KFHP and assigned (per the data) to the Northern California
7  ("NCAL") Region. Between July 11, 2011 and the present, Defendants, collectively, employed
8  approximately 117,311 such individuals within the Northern California Region. See Exhibit A
9  (reflecting my June 13, 2019 email exchange with Ms. Reeve).

        6.      *Northern California Region Jobs/Job Codes*: As of early April 2019, Defendants, collectively, employed individuals who were classified in approximately 1,597 different unique job codes utilized by Defendants for employees assigned to the Northern California Region. Examples of jobs/ job codes include Director Public Relations (982009), Accountant (911042), Physician Assistant (950007), Neuropsychologist (963024), Truck Driver (072102), and Claims Processor (051222), to name just a few. Of these approximately 1,597 unique job codes, approximately 591 were coded as union positions and 1,006 were coded as non-union positions. The represented positions span eight different unions.

        7.      *Northern California Region Job Families*: As of early April 2019, Defendants, collectively, assigned their unique job codes (and corresponding job titles) active within the Northern California Region to 34 different job families. Defendants have assigned their unique job codes to a similar number of job families since July 2011. The currently utilized 34 job families include the following:

    Accounting/Finance

    Administrative Support

    Behavioral Health Care Svcs

    Communication Arts & Production

    Compliance/Privacy/Regulatory

    Construction & Real Estate

Consulting Services
Continuing Care
Data Analytics
Dental
Education/Training
External Affairs/Relations
External Medical Services
Facilities Services
Health Care Operations
Human Resources
Information Technology
Insurance
Laboratory
Legal
Library Sciences
Materials Management
Medical Records
Member/Customer Service
Nursing (Licensed)
Nutrition/Food Services
Patient Care Srvs (Non-Nurse)
Pharmaceutical Services
Physician
QA/UR/Case Management
Radiology/Imaging Services
Rehabilitative/Alternative Med
Research & Development
Sales & Marketing

1. Consulting Services
2. Continuing Care
3. Data Analytics
4. Dental
5. Education/Training
6. External Affairs/Relations
7. External Medical Services
8. Facilities Services
9. Health Care Operations
10. Human Resources
11. Information Technology
12. Insurance
13. Laboratory
14. Legal
15. Library Sciences
16. Materials Management
17. Medical Records
18. Member/Customer Service
19. Nursing (Licensed)
20. Nutrition/Food Services
21. Patient Care Srvs (Non-Nurse)
22. Pharmaceutical Services
23. Physician
24. QA/UR/Case Management
25. Radiology/Imaging Services
26. Rehabilitative/Alternative Med
27. Research & Development
28. Sales & Marketing

8. *Northern California Region Manager Levels*: As of early April 2019, Defendants, collectively, assigned their unique job codes (and corresponding job titles) active within the Northern California Region to 21 different Manager Level designations. The 21 Manager Level designations include the following:

Director

SrProfl

InterProfl

EntryProf

SrTech

InterTech

Entry

Manager

IC2

IC3

IC4

IC5

IC6

1st Ln Mgr

Mgr1

Mgr2

Mgr3

Supervisor

Dir1

Dir2

ExptProfl

9. *Northern California Region Managers/Supervisors and Above*: As of early April 2019, Defendants, collectively, employed approximately 5,940 individuals assigned to the Northern California Region in the following Manager Levels (all non-union employees):

1.     1st Ln Mgr
2.     Dir1
3.     Dir2
4.     Director
5.     Manager
6.     Mgr1
7.     Mgr2
8.     Mgr3
9.     Supervisor

The great majority of these 5,900-plus individuals were (and/or still are) in positions in which they had (and/or still have) authority to recommend or render final approval of personnel decisions, including those concerning selections for promotion and termination, among others.

        10.     *Northern California Region Locations*: As of early April 2019, Defendants, collectively, assigned employees within the Northern California Region to approximately 400 distinctly-titled physical work locations. Examples of such physical work locations include "Modesto Medical Center," "Sacramento Hospital," "Generator Building," "Biomedical Engineering," and "Daly City Psychiatry," to name just a few.

        11.     *Northern California Region Departments*: As of early April 2019, Defendants, collectively, assigned employees within the Northern California Region to approximately 840 different unique departments/department IDs. Examples include the following:

| Department ID | Department |
| --- | --- |
| 9130 | Accounts Payable |
| 1509 | Head and Neck-Audiology |
| 0856 | Mammography |
| 6847 | Financial Planning & Analysis |
| 4532 | Food Preparation |
| 6616 | Parking Operations |

        12.     *Northern California Region Affirmative Action Plans*: Since at least 2006, I have been responsible for helping to prepare or direct the preparation of Defendants' annual

affirmative action plans (or AAPs). The number of plan establishments that each Defendant has had for establishments assigned to the Northern California Region, and therefore the number of individual AAPs by Defendant by year, has varied year to year. For the current 2019 plan year, approximately 168 AAPs were prepared for Defendants' establishments assigned to the Northern California Region. Since 2011, approximately 930 different AAPs were prepared for Defendants' establishments assigned to the Northern California Region.

   I declare under penalty of perjury under the law of the State of California and the United States of America that the foregoing declaration is true and correct.

   Executed this 17 day of June, 2019, at Sacramento, California.

_____
DEREK S. SUMIMOTO

Exhibit A

**From:** Hilary A Reeve
**Sent:** Thursday, June 13, 2019 1:30 PM
**To:** Derek S Sumimoto <Derek.S.Sumimoto@kp.org>
**Subject:** RE: Data Request: NCAL Region Counts

Hi Derek - the count of distinct persons employed by the NCAL region since 7/11/2011 (under KFH, KHP or TPMG; Union or Non-Union) is currently 117,311.

Best regards,
Hilary


**Upcoming PTO:  7/1 – 7/4**


---------
**Hilary Reeve**
Business Analyst – Specialist

**Kaiser Permanente**
HR > Workforce Information Services
303-519-2445
hilary.a.reeve@kp.org
---------

**kp.org/thrive**

**For HR report requests, complete the** WIS Intake Form.


**NOTICE TO RECIPIENT:**  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

**From:** Derek S Sumimoto
**Sent:** Thursday, June 13, 2019 1:27 PM
**To:** Hilary A Reeve <Hilary.A.Reeve@kp.org>
**Subject:** Data Request: NCAL Region Counts

Hi Hilary,

Could you please send me a count of all persons who, according to the PeopleSoft personnel data, at any time since July 11, 2011 ever were employed by TPMG, KFH or KFHP and assigned (per the data) to the NCAL Region?   I just need a total count of unique employees.  Thanks very much!

**Derek Sumimoto**
Director

**Kaiser Permanente**
HR Risk Management
3240 Arden Way
Sacramento, CA 95825


(916) 486-5221 (office)
8-478-5221 (tie-line)
(916) 580-8521 (mobile phone)
---------

[kp.org/thrive](kp.org/thrive)


**NOTICE TO RECIPIENT:**  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

**NOTICE TO RECIPIENT:**  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.
**NOTICE TO RECIPIENT:**  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.
**NOTICE TO RECIPIENT:**  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.