| | |
|---|---|
| 1 | Jeremy L. Friedman, CA Bar No. 142659 |
| | LAW OFFICE OF JEREMY L. FRIEDMAN |
| 2 | 2801 Sylhowe Road |
| | Oakland, CA 94610 |
| 3 | Tel: (510) 530-9060 |
| | Fax: (510) 530-9087 |
| 4 | jlfried@comcast.net |
| 5 | Attorney for plaintiffs and putative class |
| 6 | Merri A. Baldwin, CA Bar No. 141957 |
| | ROGERS JOSEPH O'DONNELL, a PLC |
| 7 | 311 California Street, 10th floor |
| | San Francisco, CA 94104 |
| 8 | Tel: (415) 956-2828 |
| | Fax: (415) 956-6457 |
| 9 | mbaldwin@rjo.com |
| 10 | Counsel for Responding Attorney Jeremy L. Friedman |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNELL GAMBLE, and SHEILA KENNEDY, on behalf of themselves as well as a class of similarly situated individuals,<br><br>    Plaintiff<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP; all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM<br><br>    Defendants | Case No. 4:17-cv-06621-YGR<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL A CONFIDENTIAL DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Hon. Yvonne Gonzalez Rogers |

Jeremy L. Friedman declares and states:

1. I am attorney of record for named plaintiffs and the putative class in this case, and I am responding attorney to the Court's August 30, 2019, Order to Show Cause.. I make this declaration in support of the motion to file under seal a confidential declaration of plaintiff Gamble concerning a prior mediation. It is based upon my own personal knowledge. If called as a witness, I would and could testify competently to the following matters.

2. This Court previously granted leave to file under seal and exchange of correspondence following a mediation of plaintiff Gamble's pre-removal claims. Those exhibits were confidential, and not submitted on a dispositive motion. Following the denial of the Rule 16 motion, the Court issued an order to show cause concerning the terms of the retainer agreements with plaintiffs. Responding Attorney now seeks to file a declaration by plaintiff addressing non-privileged matters related to the confidential mediation. As with the correspondence, the declaration and exhibit should be filed under seal.

3. Attached hereto, and filed along with the administrative motion for leave to file under seal, are true and accurate copies of the declaration and an exhibit to that declaration, both of which are confidential.

4. As noted previously, matters concerning the mediation were intended to be confidential, and might be subject to Evidence Code §§1115-1128, 1152, and Rule 408 of the Federal Rules of Evidence. In the prior seal motion, I concluded that the California mediation privilege at §1119 did not apply. Prior to the mediation, the Superior Court granted leave to amend to plead a claim under federal law, 42 U.S.C. §1981. It was my understanding that, if a settlement was reached at mediation, Kaiser would have demanded Ms. Gamble release all federal and state law claims. Moreover, by the time of my letter to the mediator, plaintiff Gamble had already amended to include her federal claim, as well as class allegations. Finally, the declaration would not be inadmissible under Rule 408, as it is not admitted to prove or disprove the validity or amount of a disputed claim. Despite these legal conclusions, there is concern for confidentiality. Because of the possibility that the Court may find a privilege, and/or to protect the expectations of the mediator and parties at

mediation, responding attorney and plaintiffs request that the Court grant leave to file the declaration under seal on this non-dispositive motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of June, 2019.

/s/Jeremy L. Friedman
Jeremy L. Friedman

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Clerk of the Court for the Northern District of California, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I hereby also certify that I filed the declaration under temporary seal, and that I served a PDF version of those exhibits upon defendants' counsel, at the email address listed in the Court's CM/ECF system.

/s/ Jeremy L. Friedman
Jeremy L. Friedman