# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 17-cv-06621-YGR (JCS)

**Case Name:** Gamble v. Kaiser Foundation Health Plan, Inc.

**Date:** September 25, 2019   **Time:** 30 M

**Deputy Clerk:** Karen Hom   **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Jeremy Friedman
**Attorney for Defendant:** Amanda Bollinger, Heather Morgan

## PROCEEDINGS

( )   Settlement Conference

  ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Further Settlement Conference

  ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

(X)   Telephonic Scheduling Conference to set Settlement Conference- Held

( )   Further Telephonic Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Telephone Conference re: Status of Settlement set for 11/6/19 at 9:00 AM. Counsel shall use the same conference call number.