1  Jeremy L. Friedman, CA Bar No. 142659
   LAW OFFICE OF JEREMY L. FRIEDMAN
2  2801 Sylhowe Road
   Oakland, CA 94610
3  Tel: (510) 530-9060
   Fax: (510) 530-9087
4  jlfried@comcast.net

5  Attorney for plaintiffs and putative class

6  Merri A. Baldwin, CA Bar No. 141957
   ROGERS JOSEPH O'DONNELL, a PLC
7  311 California Street, 10th floor
   San Francisco, CA 94104
8  Tel: (415) 956-2828
   Fax: (415) 956-6457
9  mbaldwin@rjo.com

10  Counsel for Responding Attorney Jeremy L. Friedman

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15  LUNELL GAMBLE, and SHEILA          )  Case No. 4:17-cv-06621-YGR
    KENNEDY, on behalf of themselves as )
16  well as a class of similarly situated )  **RESPONSE TO ADMINISTRATIVE**
    individuals,                        )  **MOTION TO SCHEDULE**
17                                      )  **SUBSEQUENT CASE**
           Plaintiffs                   )  **MANAGEMENT CONFERENCE**
18                                      )
    vs.                                 )
19                                      )
    KAISER FOUNDATION HEALTH            )
20  PLAN, INC; KAISER FOUNDATION        )
    HOSPITALS, INC.; and THE            )
21  PERMANENTE MEDICAL GROUP;           )
    all doing business as KAISER        )  Hon. Yvonne Gonzalez Rogers
22  PERMANENTE MEDICAL CARE             )
    PROGRAM                             )
23                                      )
           Defendants                   )
24  _____    )

25        Plaintiffs, their counsel of record, and his retained ethics counsel, respond as follows

26  to Kaiser's Administrative Motion for the Court to schedule a further Case Management

27  Conference (ECF 149).

28

**RESPONSE**

Plaintiffs and counsel understand that the Court stayed this case to address and resolve issues around potential violation of Rules of Professional Conduct concerning conflicts of interest as between attorney and client arising from the terms of the fee agreement. Plaintiffs and counsel would not object to a hearing to address those issues with the Court. Nor would they object to the scheduling of a case management conference to address status and lifting of the stay in conjunction with a hearing on the issues, or after the Court issues its ruling.

Defendants seek a case management conference to discuss status of the stay, but their counsel expressly stated that they were not asking for the Court to rule on the pending issues prior to addressing scheduling. Consistent with their understanding of the purpose for the stay, plaintiffs suggest that the Court schedule the conference after it addresses the underlying issues, or in connection with a hearing on those matters.

Further, although defendants indicated that they wished to address case status with the Court, in connection with their request, they declined to state defendants' proposal for return of the case to active litigation (including the discovery conference, settlement conference or class certification motion deadline), to identify any information it proposes should be supplied by the parties, or to address measures that would avoid or minimize potential conflicts of interest during the settlement conference with Magistrate Judge Spero. Plaintiffs suggest that, in the event that the Court schedules a case management conference, the parties be directed to submit a joint statement outlining their positions and proposals.

**CONCLUSION**

Plaintiffs and responding attorney respectfully do not object to a hearing on the issues underlying the stay; nor to a case management conference to address status in connection with such a hearing or after a ruling by the Court. In the event of a further conference, plaintiff requests that the parties be directed to submit a joint statement outlining their positions and proposals in connection with such a conference.

Respectfully submitted,

Dated: January 30, 2020                LAW OFFICE OF JEREMY L. FRIEDMAN

                              By:  /s/Jeremy L. Friedman
                                   Jeremy L. Friedman
                                   Attorney for named plaintiffs and putative class

                                   ROGERS JOSEPH O'DONNELL, a PLC

                              By:  /s/Merri A. Baldwin
                                   Merri A. Baldwin
                                   Counsel for Responding Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of the Court for the Northern District of California, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jeremy L. Friedman
Jeremy L. Friedman