UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNELL GAMBLE, on behalf of herself as well as a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP; all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM,<br><br>Defendants. | Case No. 17-cv-06621-YGR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE DATE FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE**<br><br>Judge    Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 |

Upon consideration of Plaintiffs' Administrative Motion to Continue Date for Subsequent Case Management Conference (Dkt. No. 154), the related papers, Defendants' opposition thereto, and the pleadings and records on file:

The Court finds that good cause does not exist to continue the Case Management Conference set for March 2, 2020 (Dkt. No. 153) and DENIES Plaintiffs' Administrative Motion in its entirety. This terminates Docket No. 154.

IT IS SO ORDERED.

Dated: February 20, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge