1  Jeremy L. Friedman, CA Bar No. 142659
   LAW OFFICE OF JEREMY L. FRIEDMAN
2  2801 Sylhowe Road
   Oakland, CA 94610
3  Tel: (510) 530-9060
   Fax: (510) 530-9087
4  jlfried@comcast.net

5  Attorney for plaintiffs and putative class

6  Merri A. Baldwin, CA Bar No. 141957
   ROGERS JOSEPH O'DONNELL, a PLC
7  311 California Street, 10th floor
   San Francisco, CA 94104
8  Tel: (415) 956-2828
   Fax: (415) 956-6457
9  mbaldwin@rjo.com

10 Counsel for Responding Attorney Jeremy L. Friedman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNELL GAMBLE, and SHEILA KENNEDY, on behalf of themselves as well as a class of similarly situated individuals,<br><br>    Plaintiffs<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP; all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM<br><br>    Defendants | Case No. 4:17-cv-06621-YGR<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO FILE DECLARATION UNDER SEAL**<br><br><br>Hon. Yvonne Gonzalez Rogers |

Having considered plaintiffs' administrative motion to file a declaration and exhibit in support of responding attorney's response to this Court's August 30, 2019, Order to Show Cause, the Declaration of Counsel in Support of the sealing motion, any response filed by defendants, and the records and pleadings in this case, the Court finds good cause to seal the Declaration of Lunell Gamble filed as an exhibit to the administrative motion.

**IT IS HEREBY ORDERED THAT** Plaintiffs' motion is **GRANTED**. The Declaration of Lunell Gamble and exhibit to the declaration, attached as an exhibit to the declaration supporting the administrative motion, shall be maintain them under seal until further order. This order terminates Docket No. 145.

**IT IS SO ORDERED.**

Dated: March 9, 2020

YVONNE GONZALEZ ROGERS
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Clerk of the Court for the Northern District of California, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jeremy L. Friedman
Jeremy L. Friedman