**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNELL GAMBLE, ET AL.,** | CASE NO.  17-cv-06621-YGR |
| Plaintiffs, | |
| vs. | **ORDER VACATING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |
| **KAISER FOUNDATION HEALTH PLAN, INC., ET AL.,** | |
| Defendants. | |

The Court having been notified that the state bar file with respect to Mr. Friedman has been closed, the stay in this matter is **VACATED** and a case management conference is **SET** for Monday, **May 24, 2021**, at 2:00 p.m.  Counsel shall file an updated joint case management statement no later than **May 17, 2021**.

**IT IS SO ORDERED.**

Dated: March 31, 2021

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California