1  HEATHER A. MORGAN (SB# 177425)
   AMANDA BOLLIGER (SB# 250292)
2  TARA M. DUESTER (SB# 265622)
   heathermorgan@gbgllp.com
3  amandabolliger@gbgllp.com
   taraduester@gbgllp.com
4  GBG LLP
   633 West 5th Street, Suite 3330
5  Los Angeles, CA  90071
   Telephone:  (213) 358-2810
6  Facsimile:  (213) 995-6382

7  Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN, INC.;
8  KAISER FOUNDATION HOSPITALS; and
   THE PERMANENTE MEDICAL GROUP, INC.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  LUNELL GAMBLE, and SHEILA KENNEDY, on behalf of themselves as well as a class of similarly situated individuals, | Case No. 17-cv-06621-YGR |
| 14 | **DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| 15        Plaintiffs, | Judge       Hon. Yvonne Gonzalez Rogers |
| 16   vs. | Courtroom:  1 |
| 17  KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP; all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM, | |
| 20        Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 3-13, Defendants KAISER FOUNDATION HEALTH PLAN, INC. ("KFHP"); KAISER FOUNDATION HOSPITALS ("KFH"); and THE PERMANENTE MEDICAL GROUP, INC. ("TPMG") (collectively, "Defendants") submit this Notice of Pendency of Other Action or Proceeding to give notice of the following action: *Shelby Stewart, Charleta Dabrowski, Benedict Johnson, and Kenya Mayfield, on behalf of themselves and all others similarly situated v. Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Inc., The Permanente Medical Group, and Southern California Permanente Medical Group*, San Francisco Superior Court Case No. CGC-21-590966 ("*Stewart*").

**This Action – *Lunell Gamble and Sheila Kennedy v. Kaiser Foundation Health Plan, Inc, Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc.* ("*Gamble*")**

In this case, the operative Fourth Amended Federal Court Class Action Complaint filed by Plaintiffs Lunell Gamble and Sheila Kennedy alleges the following purported causes of action: (1) Violation of Title VII, 42 U.S.C. §2000e-2 et seq., and California Fair Employment and Housing Act (FEHA), California Government Code 12940, et seq. – Class Race and Subclasses – Race/Gender and Race/Age – Disparate Impact in Promotion; (2) Violation of Title VII, 42 U.S.C. §2000e-2 et seq., and the Civil Rights Act, 42 U.S.C. §1981, and California Fair Employment and Housing Act (FEHA), California Government Code 12940, et seq. – Class Race and Subclasses – Race/Gender and Race/Age –Disparate treatment in promotion, retention and termination; (3) Violation of Age Discrimination in Employment Act, (ADEA), 29 U.S.C. §621, et seq., and FEHA – Age Discrimination in Termination; and (4) Tile [sic] VII, FEHA, ADEA and §1981 – Class Claims for Disparate and Retaliatory Treatment for Making or Assisting in Complaints.  Plaintiffs' Complaint is pled as a putative class action by which Plaintiffs seek to represent all "African Americans, and subclasses of female African Americans and older African Americans, who – during the maximum liability period determined for this action – were employed at [Defendants] in the northern California region, and (1) were denied promotion, (2) were terminated, or (3) complained internally or to a governmental entity regarding race or age discrimination."

**The *Stewart* Matter**

*Stewart* was filed in the San Francisco Superior Court on April 22, 2021, against Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Medical Group, Inc. and Southern California Permanente Medical Group ("Defendants") by Plaintiffs Shelby Stewart, Charleta Dabrowski, Benedict Johnson, and Kenya Mayfield, who are represented by Leiff Cabraser, Heimann & Bernstein, LLP (Kelly Dermody and Jalle Dafia) and Medina Orthwein LLP (Felicia Medina, Kevin Love Hubbard and Shauna Madison).  The Complaint was filed simultaneously with Plaintiffs' motion for preliminary approval of a class settlement on behalf of a proposed settlement class of Black or African-American employees employed full-time by any of the Defendants in California at any time between January 1, 2015 and March 31, 2021, in a covered position (i.e., certain delineated full-time occupied, exempt or nonexempt, non-union, non-clinical, Director-level or below jobs in the Administrative Support or Consulting Services job families) in any of the following Regions: Northern California (NCAL); Southern California (SCAL); California locations of the Program Offices Region; California locations of the KP-IT Region.  The *Stewart* Complaint purports to allege the following causes of action (1) Race Discrimination in violation of the Federal Employment and Housing Act ("FEHA), Gov't Code §12940 et seq., Title VII, 42 U.S. C section 1981; (2) Unequal pay in violation California Fair Pay Act, Cal. Lab. Code section 1197.5, et seq.; (3) Failure to prevent discrimination in violation of the FEHA, Cal. Gov't Code section 12940(k); (4) Unfair competition in violation of California Unfair Competition Law, Cal. Bus & Prof. Code sections 17200 et seq.; and (5) violation of the Private Attorneys General Act, Cal. Lab. Code section 2698 et seq.  The motion for preliminary approval in *Stewart* remains pending.

//
//
//
//
//
//

Defendants do not believe that *Gamble* and *Stewart* are related cases or that they should be coordinated but file this Notice of Pendency in an abundance of caution to provide notice to the Court of the *Stewart* matter.

DATED: May 24, 2021                                                          GBG LLP

BY:       /s/ Amanda Bolliger
            AMANDA BOLLIGER

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; and THE PERMANENTE MEDICAL GROUP, INC.