UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNELL GAMBLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06621-YGR   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 187, 188 |

The parties have a dispute about whether there should be a general protective order[1] in this case, and if so, whether it should contain an AEO level of confidentiality. ECF Nos. 187, 188. Given the nature of the documents Kaiser is likely to produce, the Court finds that a general protective order is appropriate and that an AEO level is as well. Plaintiffs are free to challenge Kaiser's confidentiality designations as to particular documents, but their arguments that no such order should be issued, or that an AEO level is unwarranted, are unpersuasive. The Court orders Kaiser to file its proposed order as a [Proposed] Protective Order for the undersigned's signature (not a "stipulated" protective order, which obviously it isn't).

**IT IS SO ORDERED.**

Dated: May 11, 2022

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] There is a specific protective order that applies to Plaintiffs' medical records. ECF No. 178.