# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 5/25/2022 | Time: 2:05 – 2:46 | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 17-cv-06621-YGR | Case Name: Gamble v. Kaiser Foundation Health Plan, Inc. | |

**Attorney for Plaintiff:** Jeremy L. Friedman
**Attorney for Defendant:** Heather Ann Morgan, Amanda Bolliger

**Deputy Clerk:** Aris Garcia             **Recorded via Zoom**

## PROCEEDINGS

**Further Case Management Conference – HELD via Zoom**

Parties shall meet and confer re: Discovery Disputes by 6/10/2022
Rule 30(b)(6) deposition notices issued by 6/17/2022
Motions re: Discovery Disputes filed by 6/24/2022
Deadline to complete Rule 30(b)(6) depositions 7/29/2022
Expert Reports for Class Certification due by 8/12/2022
Deposition of experts being used in the Class Certification to be taken no later than 8/26/2022
Motion for Class Certification is due by 9/9/2022
Rebuttal Reports due by 9/14/2022
Opposition to Motion for Class Certification due by 9/30/2022
Deposition of rebuttal experts to be taken no later than 10/7/2022
Reply to Motion for Class Certification due by 10/21/2022
Hearing on Motion for Class Certification set for 11/15/2022 at 2:00 p.m.

**Non-Expert Discovery Cutoff: 30 days after denial of Class Certification if Class Certification is denied. 60 says days if Class Certification is granted. All remaining dates run from the close of the non-expert discovery cutoff.**
**Disclosure of Experts: All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(a)(2)(B):**
                Opening: 30 days after close of Fact Discovery
                Rebuttal: 21 days after Opening Reports
**Expert Discovery Cutoff: 30 days after rebuttal reports**
**Dispositive/Daubert Motions: 30 days after close of expert discovery**